CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-6748
John.Wollman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAFISE KANDEMIR, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br>Defendants. | Case No. 3:25-cv-07865 LJC<br><br>**PARTIES' STIPULATION TO A REVISED BRIEFING SCHEDULE; ORDER** |

On August 20, 2026, the parties submitted a stipulation to a briefing schedule. Dkt. No. 10. On August 25, 2026, Defendants filed their Motion for Summary Judgment. Dkt. No. 11. On September 24, 2026, Plaintiffs filed their Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment. Dkt. No. 12. The parties conferred and respectfully request the Court to grant an extension for Defendants' reply to Plaintiffs' Cross-Motion for Summary Judgment, and set Defendants' reply as due by October 22, 2026, and Plaintiffs' reply as due by November 13, 2026. The parties make this request because the Assistant United States Attorney ("AUSA") handling this matter for Defendants has departed the United States Attorney's Office, and the case is being transferred to a new AUSA. The new AUSA needs additional time to review the matter and prepare a response.

Dated: October 8, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ John L. Wollman
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 8, 2026

/s/ Marina Kagramanova
MARINA KAGRAMANOVA
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 16, 2026

LISA J. CISNEROS
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.